FILED '08 MAY 01 20:14 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| OREGON COURT SECURITY OFFICERS, | ) ) | Civil No. 08-32-PK |
| Plaintiff(s), | ) ) | **ORDER** |
| v. | ) ) | |
| AKAL SECURITY INC., | ) ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Plaintiff's unopposed MOTION TO DISMISS [12-1] this matter with prejudice and without costs or attorney's fees to either party is GRANTED.

Dated this /S/ day of May, 2008.

by _____
Garr M. King
United States District Judge